UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: §
§
COMMON GROUND CONSTRUCTION § Case No. 13-19077 MLB
LLC §
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DENNIS LEE BURMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,756.47 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 11,029.06 | Claims Discharged Without Payment: 130,977.84 |
| Total Expenses of Administration: 2,211.07 | |

3) Total gross receipts of $ 13,240.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 13,240.13 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,211.07 | 2,211.07 | 2,211.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 100.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 91,387.41 | 100,356.66 | 95,102.49 | 11,029.06 |
| **TOTAL DISBURSEMENTS** | $ 91,487.41 | $ 102,567.73 | $ 97,313.56 | $ 13,240.13 |

4) This case was originally filed under chapter 7 on 10/14/2013. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2017      By: /s/DENNIS LEE BURMAN
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FINANCIAL ACCOUNTS | 1124-000 | 12,221.01 |
| ACCOUNTS RECEIVABLE | 1221-000 | 1,019.12 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,240.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DENNIS LEE BURMAN | 2100-000 | NA | 2,074.01 | 2,074.01 | 2,074.01 |
| Associated Bank | 2600-000 | NA | 137.06 | 137.06 | 137.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,211.07 | $ 2,211.07 | $ 2,211.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Revenue Bankruptcy/Claims Unit 2101 4th Ave #1400 Seattle, WA 98121-2300 | | 100.00 | NA | NA | 0.00 |
| | Dept of Labor & Industries Collection Unit P.O. Box 44170 Olympia, WA 98504-4170 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Centralized Insolvency Oper. P.O. Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Action Pages 2204 Riverside Drive #210 Mount Vernon, WA 98273 | | 491.18 | NA | NA | 0.00 |
| | Allied Insurance P.O. Box 10479 Des Moines, IA 50306-0479 | | 303.68 | NA | NA | 0.00 |
| | Capital One Bank American InfoSource LP P.O. Box 71083 Charlotte, NC 28272-1083 | | 6,836.24 | NA | NA | 0.00 |
| | Century Link P.O. Box 91155 Seattle, WA 98111-9255 | | 984.00 | NA | NA | 0.00 |
| | Convergent Out Sourcing P.O. Box 9004 Renton, WA 98057 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury Debt Management Systems P.O. Box 830794 Birmingham, AL 35283-0794 | | 0.00 | NA | NA | 0.00 |
| | Dex West P.O. Box 79167 Phoenix, AZ 85062-9167 | | 0.00 | NA | NA | 0.00 |
| | Greg Kosanke Smith Wright & Kosanke P.O. Box 632 Lynden, WA 98264 | | 0.00 | NA | NA | 0.00 |
| | JP Morgan Chase Bank P.O. Box 29550 Phoenix, AZ 85038 | | 36,591.36 | NA | NA | 0.00 |
| | Matthew Plishka Capital Insurance Claims Dept. P.O. Box 5900 Madison, WI 53705-0900 | | 0.00 | NA | NA | 0.00 |
| | Nathan Mcallister Attorney at Law 1313 E. Maple Street Ste. 210 Bellingham, WA 98225 | | 0.00 | NA | NA | 0.00 |
| | Pape P.O. Box 5077 Portland, OR 97208 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patrick Downey Suite 275B Paulsen Center 421 West Riverside Avenue Spokane, WA 99201 | | 0.00 | NA | NA | 0.00 |
| | RDS 4916 Labounty Ferndale, WA 98248 | | 1,294.27 | NA | NA | 0.00 |
| | RMS P.O. Box 280431 East Hartford, CT 06128-0431 | | 303.68 | NA | NA | 0.00 |
| | Richard A. Davis Attorney at Law 1500 Railroad Bellingham, WA 98225 | | 0.00 | NA | NA | 0.00 |
| 000003 | BARBARA SCOGGINS | 7100-000 | 44,583.00 | 58,529.15 | 53,274.98 | 6,959.00 |
| 000001 | HIBU INC | 7100-000 | 0.00 | 2,627.51 | 2,627.51 | 343.21 |
| 000004 | JOHN L. HENDRICKS AND MARILYN L. HE | 7100-000 | 0.00 | 27,000.00 | 27,000.00 | 3,526.85 |
| 000002 | PLATT RIVER INSURANCE COMPANY | 7100-000 | 0.00 | 12,200.00 | 12,200.00 | 200.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 91,387.41 | $ 100,356.66 | $ 95,102.49 | $ 11,029.06 |

| Case No: | 13-19077 | Judge: MARC L. BARRECA | Trustee Name: | DENNIS LEE BURMAN |
|---|---|---|---|---|
| Case Name: | COMMON GROUND CONSTRUCTION LLC | | Date Filed (f) or Converted (c): | 10/14/13 (f) |
| | | | 341(a) Meeting Date: | 11/25/13 |
| For Period Ending: | 01/18/17 | | Claims Bar Date: | 07/29/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS  Savings Acct. #0374 WECU | 5.00 | 5.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS  Savings Acct. #0374 Bond required by L&I | 12,074.00 | 12,074.00 | | 12,221.01 | FA |
| 3. BOOKS / COLLECTIBLES  Code Book | 50.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE  Hendricks (currently in lawsuit brought by Hendricks) | 1,651.47 | 0.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT  Desk, file cabinet, 2006 desktop computer, 2008 laptop, Savin printer (purchased used in 2006), misc. office supplies (pens, paper, file folders, etc.) | 500.00 | 0.00 | | 0.00 | FA |
| 6. MACHINERY AND SUPPLIES  Uniden phone, mower | 350.00 | 0.00 | | 0.00 | FA |
| 7. MACHINERY AND SUPPLIES  3 paslode nailguns, angle grinder, cordless skill saw, cordless sawzall, table saw, chop saw, power trowell | 2,200.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE (u)  BIAW | 0.00 | 0.00 | | 1,019.12 | FA |
| TOTALS (Excluding Unknown Values) | $16,830.47 | $12,079.00 | | $13,240.13 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | |
|---|---|---|
| Case No: | 13-19077 Judge: MARC L. BARRECA | Trustee Name: DENNIS LEE BURMAN |
| Case Name: | COMMON GROUND CONSTRUCTION LLC | Date Filed (f) or Converted (c): 10/14/13 (f) |
| | | 341(a) Meeting Date: 11/25/13 |
| | | Claims Bar Date: 07/29/15 |

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 12/31/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-19077 -MLB | Trustee Name: | DENNIS LEE BURMAN |
|---|---|---|---|
| Case Name: | COMMON GROUND CONSTRUCTION LLC | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1948 Checking - Non Interest |
| Taxpayer ID No: | *******2457 | | |
| For Period Ending: | 01/18/17 | Blanket Bond (per case limit): | $ 65,574,033.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/10/15 | 2 | WECU<br>P.O. Box 9750<br>Bellingham, WA 98227-9750 | CK #210007931 -- CASH BOND | 1124-000 | 12,221.01 | | 12,221.01 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.89 | 12,208.12 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.15 | 12,189.97 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.54 | 12,172.43 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.10 | 12,154.33 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.49 | 12,136.84 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.04 | 12,118.80 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.02 | 12,100.78 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.83 | 12,083.95 |
| 04/28/16 | 8 | Building Industry Assn. of Washington<br>Member Services Corporation<br>111 - 21st Avenue SW<br>Olympia, Wa 98501 | CK #51512 -- BOND | 1221-000 | 1,019.12 | | 13,103.07 |
| 08/09/16 | 010001 | DENNIS LEE BURMAN<br>TRUSTEE IN BANKRUPTCY<br>1103 9th Street<br>PO Box 1620<br>MARYSVILLE WA 98270 | TRUSTEE'S FEES AND EXPENSES<br>Trustee Fee - $2,074.01<br>Trustee Expenses - $0.00 | 2100-000 | | 2,074.01 | 11,029.06 |
| 08/09/16 | 010002 | Hibu Inc<br>f/k/a Yellowbook Inc<br>c/o RMS Bkcy Recovery Svcs<br>PO Box 5126<br>Timonium MD 21094 | FINAL DIVIDEND<br>Acct. # 8623 | 7100-000 | | 304.71 | 10,724.35 |
| 08/09/16 | 010003 | Platt River Insurance Company<br>c/o CapSpecialty<br>1600 Aspen Commons | FINAL DIVIDEND<br>Acct. # 6264 | 7100-000 | | 1,414.84 | 9,309.51 |
| | | | Page Subtotals | | 13,240.13 | 3,930.62 | |

Ver: 19.06c

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-19077 -MLB | Trustee Name: | DENNIS LEE BURMAN |
|---|---|---|---|
| Case Name: | COMMON GROUND CONSTRUCTION LLC | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1948 Checking - Non Interest |
| Taxpayer ID No: | *******2457 | | |
| For Period Ending: | 01/18/17 | Blanket Bond (per case limit): | $ 65,574,033.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Middleton, WI 53562 | | | | | |
| 08/09/16 | 010004 | Barbara Scoggins<br>5447 Barr Rd.<br>Ferndale, WA 98248 | FINAL DIVIDEND<br>Acct. # - None Given | 7100-000 | | 6,178.31 | 3,131.20 |
| 08/09/16 | 010005 | John L. Hendricks and<br>Marilyn L. Hendricks<br>c/o Richard A. Davis III<br>Chmelik Sitkin & Davis P.S.<br>1500 Railroad Avenue<br>Bellingham, WA 98225 | FINAL DIVIDEND<br>Acct. # - None Given | 7100-000 | | 3,131.20 | 0.00 |
| 10/27/16 | | Capitol Indemnity Corporation<br>PO Box 5900<br>Madison, Wisconsin 53705-0900 | CK #4128992/refund of ck #03 - $200 | | | -1,214.84 | 1,214.84 |
| | | CAPITOL INDEMNITY CORPORATION | Memo Amount: 1,214.84<br>CK #4128992/refund of ck #03 - $200 | 7100-000 | | | |
| 11/04/16 | 010006 | Hibu Inc<br>f/k/a Yellowbook Inc<br>c/o RMS Bkcy Recovery Svcs<br>PO Box 5126<br>Timonium MD 21094 | Supplemental Distribution<br>Acct. # 8623 | 7100-000 | | 38.50 | 1,176.34 |
| 11/04/16 | 010007 | Barbara Scoggins<br>5447 Barr Rd.<br>Ferndale, WA 98248 | Supplemental Distribution<br>Acct. # - None Given | 7100-000 | | 780.69 | 395.65 |
| 11/04/16 | 010008 | John L. Hendricks and Marilyn L. Hendricks<br>c/o Richard A. Davis III<br>Chmelik Sitkin & Davis P.S.<br>1500 Railroad Avenue<br>Bellingham, WA 98225 | Supplemental Distribution<br>Acct. # - None Given | 7100-000 | | 395.65 | 0.00 |

Page Subtotals  0.00  9,309.51

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-19077 -MLB | Trustee Name: | DENNIS LEE BURMAN |
|---|---|---|---|
| Case Name: | COMMON GROUND CONSTRUCTION LLC | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1948 Checking - Non Interest |
| Taxpayer ID No: | *******2457 | | |
| For Period Ending: | 01/18/17 | Blanket Bond (per case limit): | $ 65,574,033.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,214.84 | COLUMN TOTALS | 13,240.13 | 13,240.13 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 13,240.13 | 13,240.13 | |
| Memo Allocation Net: | 1,214.84 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 13,240.13 | 13,240.13 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,214.84 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - *******1948 | 13,240.13 | 13,240.13 | 0.00 |
| Total Memo Allocation Net: | 1,214.84 | | 13,240.13 | 13,240.13 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 19.06c

LFORM24